IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILNER VAL SAINT,

    Plaintiff,

v.                                                    CASE NO. 1:10-cv-00104-SPM-AK

JOHN HENREY, JOSE SANCHEZ,

    Defendants.

_____/

# **O R D E R**

This matter is before the Court upon the filing of a Complaint. (Doc. 1). Plaintiff has not filed a motion for leave to proceed without prepayment of court filing fees and has not provided his inmate account information. His complaint will not be reviewed and his case will not proceed until this matter has been resolved.

Accordingly, it is

ORDERED AND ADJUDGED:

The Clerk shall mail to Plaintiff the form motion and inmate account form which Plaintiff shall complete and return on or before June 25, 2010.

DONE AND ORDERED this 4th day of June, 2010.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge