IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILNER VAL SAINT,

    Plaintiff,

v.                                                                          CASE NO. 1:10-cv-00104-SPM -GRJ

FEDERAL BUREAU OF
PRISONS,

    Defendants.

_____/

## O R D E R

Plaintiff has responded to the Court's Order to Show Cause (Doc. 9) and represents that he gave his amended complaint with service copies to prison officials at Coleman Federal Correctional Institution to be mailed on November 24, 2010. Plaintiff, however, mistakenly mailed the amended complaint to Ocala, Florida, because he "is familiar with Magistrate Gary R. Jones being located in Ocala, Florida...." (Doc. 12). Accordingly, because the amended complaint and copies have now been forwarded to this Court and filed on the docket (Doc. 10) the Court will accept them and review the amended complaint. All future filings in this case should be mailed to the Clerk's Office in Gainesville, Florida where the undersigned is assigned as a United States Magistrate Judge.

**DONE AND ORDERED** this 16th day of December 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge