IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILNER VAL SAINT,

    Plaintiff,

v.                                                      CASE NO. 1:10-cv-104-SPM-GRJ

FEDERAL BUREAU OF PRISONS,
FEDERAL PRISON INDUSTRIES,
and VARIOUS UNKNOWN FEDERAL
OFFICERS,

    Defendants.

_____/

## ORDER

    Plaintiff, an inmate serving a sentence in the custody of the United States Bureau of Prisons, initiated this case by filing a *pro se* complaint in the Gainesville division of this Court. (Doc. 1.) Plaintiff is currently incarcerated at FCC Coleman-Medium in the Middle District of Florida. (Doc. 10 at 2.) The events and omissions giving rise to the claims alleged in Plaintiff's First Amended Complaint occurred while Plaintiff was incarcerated at FCI Marianna in Marianna, Jackson County, Florida. (*Id.* at 5-6.) Jackson County is located within the territorial confines of the Panama City division of this Court.

    N.D.Fla.Loc.R. 3.1(A) provides in relevant part: "All civil cases in which venue properly lies in a division of this district . . . shall be filed in that division and shall remain pending in that division until final disposition unless transferred to another division by order of the court." In his First Amended Complaint Plaintiff has named as defendants various unknown federal officers, who Plaintiff alleges were employed at FCI Marianna

as a factory foreman, forewomen and manager.

Pursuant to 28 U.S.C. § 1391(e) venue in a "A civil action in which a defendant is an officer or employee of the United States or any agency thereof ... may ... be brought in any judicial district in which (1) a defendant in the action resides, (2) a substantial part of the events or omissions giving rise to the claim occurred, ... or (3) the plaintiff resides if no real property is involved in the action. In this case, all of the events and alleged omissions giving rise to Plaintiff's claims in the First Amended Complaint occurred at FCI Marianna in Marianna, Jackson County, Florida. The unknown federal officers were employed at Marianna and the Plaintiff resides in Sumter County, Florida at FCC Coleman-Medium and therefore neither the Defendants nor the Plaintiff reside in the Gainesville division of the Court. Accordingly, venue for this action properly lies in the Panama City division of this Court, which covers Jackson County. Therefore, pursuant to N.D.Fla.Loc.R. 3.1(C) this action should be transferred to the Panama City division of the Court.

Accordingly, upon due consideration, it is **ORDERED**:

The Clerk is directed to transfer this case to the Panama City division of the Court pursuant to N.D.Fla.Loc.R. 3.1(C)

**DONE AND ORDERED** this 7th day of September 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 1:10-cv-104-SPM-GRJ*